# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE:  Jonathan B. Heflin | : | Chapter 7 Proceeding |
| Debtor | : | Case. No. 09-31574-LMW |
| | | |
| Jonathan B. Heflin | : | Adv. Proc. No. 10-03026 |
| Plaintiff | : | |
| vs. | : | |
| | | |
| Santander Consumer USA, Inc. | : | |
| Defendant | : | October 25, 2010 |

## **ANSWER**

The Defendant Santander Consumer USA, Inc. responds to the Plaintiff complaint as set forth below:

1. The Defendant admits the allegations of Paragraph 1.

2. The Defendant admits the allegations of Paragraph 2.

3. The Defendant admits the allegations of Paragraph 3.

4. The Defendant denies the allegations of Paragraph 4 that the subject vehicle was repossessed without authority under the Bankruptcy Code. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of the Paragraph and leaves the Plaintiff to his proof.

5. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 5 and leaves the Plaintiff to his proof.

6. The Defendant denies the allegations of Paragraph 6.

7. The Defendant denies the allegations of Paragraph 7.

8. The Defendant denies the allegations of Paragraph 8.

9. The Defendant denies the allegations of Paragraph 9.

## AFFIRMATIVE DEFENSES

1. The Plaintiff failed to perform certain conditions precedent, including his obligations to perform under 11 U.S.C. § 521(a)(2)(B), 11 U.S.C. § 521(A)(6) and 11 U.S.C. § 524(c). Accordingly, the Plaintiff is estopped from the recovery claimed.

2. The Plaintiff's acts and omissions, in failing to perform his Debtor's obligations pursuant to, *inter alia*, 11 U.S.C. § 521(a)(2)(B), 11 U.S.C. § 521(A)(6) and 11 U.S.C. § 524(c), were the actual cause of any injury claimed and for which he is estopped from the recovery claimed.

3. The Plaintiff fails to state a claim upon which relief may be granted and therefore the claims should be dismissed in accordance with Bankr. R. 7012 and Fed. R. Civ. Proc. § 12(b)(6).

4. At all times complained of, the Defendant acted in good faith and in reliance upon applicable sections of the Bankruptcy Code, including 11 U.S.C. § 362(h).

SANTANDER CONSUMER USA INC.
By ___/s/ *Keith K. Fuller*
Keith K. Fuller
LAW OFFICES of KEITH K. FULLER
141 Hazard Avenue
Enfield, CT  06082
(P) (860) 749-4900  / (F) (203) 413-1592
kfuller@keithfullerlaw.com
Federal Bar No. ct20448

## **CERTIFICATION OF SERVICE**

I hereby certify that I delivered a copy of the foregoing Answer to all parties and counsel of record, via electronic means, this 25th day of October, 2010, to:

Ronald J. Piombino, Esq.
Burdick & Piombino
63 Wall Street
Madison, CT  06443
burdickpiombino@sbcglobal.net

                                                                               */s/ Keith K. Fuller*
                                                            _____
                                                            Keith K. Fuller
                                                            Commissioner of the Superior Court